PER CURIAM.
 

 In this
 
 Anders
 

 [1]
 

 appeal, we affirm the conviction, the sentence, and the order denying the appellant’s rule 3.170(i) motion to withdraw his plea, but we remand for the trial court to correct the judgment to reflect that count I, attempted armed sexual battery, is a second degree felony,
 
 see
 
 §§ 794.011(8), 777.04(4)(c), Fla. Stat. (2001), not a first degree felony.
 

 FARMER, HAZOURI and GERBER, JJ., concur.
 

 [1]
 

 .
 
 Anders
 
 v.
 
 California,
 
 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).